RECEIVED
FEB 15 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHNNY SMITH REG. # 33172-034 | : | DOCKET NO. 17-cv-1138 SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| CLAYTON JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the claim relating to notice of the charges and the petitioner's disagreement with which prohibited act code was applicable to his offense be **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

**THUS DONE** in Chambers this 15th day of February, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE