U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2018

TONY R. MOORE, CLERK
BY: _____ MS
        DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHNNY SMITH** | : | **DOCKET NO. 17-cv-1138** |
| **REG. # 33172-034** | | **SECTION P** |
| | | |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| | | |
| **CLAYTON JOHNSON** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendations [docs. 30, 31] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendations in the record;

**IT IS ORDERED** that petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** and that the petitioner's Motion for Summary Judgment [doc. 25] likewise be **DENIED**.

**THUS DONE** in Chambers in Alexandria, Louisiana, this 25th day of April, 2018.

_____
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**